UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:15-cr-19-FtM-38MRM

PATRICK TOWNS
_____

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) for a preliminary order of forfeiture for the following ammunition:

    a.    .380 caliber Ruger semi-automatic pistol, serial number 37369799; and

    b.    five rounds of .380 caliber ammunition

Being fully advised of the relevant facts, the Court finds as follows:

WHEREAS, the defendant has been found guilty of being a convicted felon in possession of the firearm and ammunition described above, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment; and

WHEREAS, the United States has established the requisite nexus between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is now

**ORDERED**:

    1.    That the motion of the United States is **GRANTED**.

    2.    Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

    3.    The Court retains jurisdiction to effect the forfeiture and disposition of the .380 caliber Ruger firearm and .380 caliber ammunition.

**ORDERED** in Fort Myers, Florida, on this 8th day of July, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel\Parties of Record