UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:15-cr-19-FtM-38MRM

PATRICK TOWNS
_____

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2) for five rounds of .380 caliber ammunition.

The Court, being fully advised in the premises, hereby finds as follows:

1. On July 8, 2015, the Court entered a Preliminary Order of Forfeiture, seeking forfeiture of defendant Towns' right, title, and interest in the identified asset, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Doc. 28.

2. In accordance with the provisions of Title 21, United States Code, Section 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the asset, on the official government website, www.forfeiture.gov, from July 10, 2015 through August 8, 2015. Doc. 31. The publication gave notice to all third parties with a legal interest in the asset to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication.

3. No person or entity, other than Towns, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the asset.  No third party has filed a petition or claimed an interest in this asset, and the time for filing a petition has expired.

4. The Court finds that the asset are the property of defendant Towns. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that all right, title and interest in the asset is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(n)(7) for disposition according to law.  Clear title to the identified asset is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, this 16th day of September, 2015.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties of Record