UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 2:15-cr-19-FtM-38MRM

PATRICK TOWNS

## ORDER

This matter comes before the Court on the Unopposed Motion for Legal Calls with Defendant at Lee County Jail During Pendency of His Appeal (Doc. #59) filed on January 5, 2016. Counsel moves the Court for an order allowing unmonitored attorney-client phone calls during the pendency of the federal appeal in his criminal case. As grounds, Counsel currently works out of the Tampa Office of the Federal Defender and has been assigned to Mr. Towns' appeal. The distance between Counsel and the Defendant currently housed in the Lee County jail, Fort Myers, Florida, is not conducive to regular communications with the client. In order to ensure adequate communication, Counsel suggests the Lee County Jail allow attorney-client phone calls to be unmonitored to respect the attorney-client privilege. The Lee County Jail requires a court order to permit legal calls. The Government does not oppose the relief requested. The Court, having considered the circumstances, finds good cause and will grant the motion as outlined below.

Accordingly, it is now

**ORDERED:**

The Unopposed Motion for Legal Calls with Defendant at Lee County Jail During Pendency of His Appeal (Doc. 59) is **GRANTED** to the extent that the Court will allow

unmonitored communications between Counsel and the Defendant via telephone. Counsel is to comply with the regulations of the Lee County Jail in order to effect the unmonitored telephonic communications for legal calls.

**DONE AND ORDERED** at Fort Myers, Florida, this 4th day of February, 2016.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record